## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE:  ZOFRAN (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. <u>1:15-md-2657-FDS</u>

## <u>AMENDED JUDGMENT</u>

### <u>This judgment applies to all cases listed in Appendix A</u>

<u>    D.J. Saylor , Chief         </u>

<u>     </u>        **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  <u>  X   </u>        **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS  ORDERED AND ADJUDGED:**

1.       Defendant's renewed motion for summary judgment based on federal preemption is GRANTED.

ROBERT M. FARRELL
CLERK OF COURT

Dated:  <u>  7/8/2021           </u>    By  <u>/s/  Leonardo T. Vieira  </u>
                                                   Deputy Clerk